UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al., | Civil File No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE** |
| Minnesota Department of Corrections, et al., | **OF IAN WELSH** |
| Defendants. | |

Please take notice that the undersigned attorney, Ian Welsh, hereby enters his appearance in this action as counsel of record on behalf of Defendants Minnesota Department of Corrections, Thomas Roy, Dr. David A. Paulson, M.D., and Nanette Larson.

Dated: July 6, 2016

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Ian M. Welsh
IAN M. WELSH
Assistant Attorney General
Atty. Reg. No. 0396287
ian.welsh@ag.state.mn.us

ANDREW W. DAVIS
Assistant Attorney General
Atty. Reg. No. 0386634
andrew.davis@ag.state.mn.us

KELLY S. KEMP
Assistant Attorney General
Atty. Reg. No. 0220280

445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 757-1404
Fax: (651) 297-4139

ATTORNEYS FOR DEFENDANTS
MINNESOTA DEPARTMENT OF
CORRECTIONS, ROY, PAULSON, LARSON