## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al., | Civil File No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE** |
| Minnesota Department of Corrections, et al., | **OF KATHRYN A. FODNESS** |
| Defendants. | |

Please take notice that the undersigned attorney, Kathryn A. Fodness, hereby enters her appearance in this action as counsel of record on behalf of Defendants Minnesota Department of Corrections, Thomas Roy, Dr. David A. Paulson, M.D., and Nanette Larson.

Dated:  August 4, 2016

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Kathryn A. Fodness
KATHRYN A. FODNESS
Assistant Attorney General
Atty. Reg. No. 0392184
kathryn.fodness@ag.state.mn.us
Telephone:  (651) 757-1348

IAN M. WELSH
Assistant Attorney General
Atty. Reg. No. 0396287
ian.welsh@ag.state.mn.us

KELLY S. KEMP
Assistant Attorney General
Atty. Reg. No. 0220280

445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Fax:  (651) 297-4139

ATTORNEYS FOR DEFENDANTS
MINNESOTA DEPARTMENT OF
CORRECTIONS, ROY, PAULSON, LARSON