UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al., | Civil File No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| vs. | |
| Minnesota Department of Corrections, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I certify that on November 2, 2016, I caused the following proposed order:

[Proposed] Order Granting Defendants' Unopposed Motion to Depose Persons Confined in Prison (Doc. No. 83)

to be filed with the Court via email to the following judge:

Honorable Becky R. Thorson
thorson_chambers@mnd.uscourts.gov

Dated:  November 2, 2016                       OFFICE OF THE ATTORNEY GENERAL
                                               State of Minnesota

                                               /s/ Ian M. Welsh
                                               IAN M. WELSH
                                               Assistant Attorney General
                                               ian.welsh@ag.state.mn.us
                                               Atty. Reg. No. 0396287

                                               KATHRYN A. FODNESS
                                               Assistant Attorney General
                                               kathryn.fodness@ag.state.mn.us
                                               Atty. Reg. No. 0392184

KELLY S. KEMP
Assistant Attorney General
kelly.kemp@ag.state.mn.us
Atty. Reg. No. 0220280

445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 757-1018
Fax: (651) 282-5832

ATTORNEYS FOR DEFENDANTS MINNESOTA DEPARTMENT OF CORRECTIONS, THOMAS ROY, DR. DAVID A. PAULSON, M.D., NANETTE LARSON