UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ronaldo Ligons, Barry Michaelson, John Roe, and Jane Roe, John Miles and Jane Miles, John Stiles and Jane Stiles, individually, and on behalf of those similarly situation,

             Plaintiffs,

v.

Minnesota Department of Corrections,

Thomas Roy, Minnesota Commissioner of Corrections, in his official capacity

Dr. David Paulson, M.D., in his individual and his official capacities for actions under color of law as Medical Director,

Minnesota Department of Corrections,

Nanette Larson, in her individual and her official capacities for actions under color of law as Health Services Director, Minnesota Department of Corrections,

Dr. D. Quiram, M.D., in his individual and his official capacities for actions under color of law as Plaintiffs' treating physician at Minnesota Correctional Facility, Stillwater,

Dr. R. Hanson, M.D., in his individual and official capacities for actions under color of law as Plaintiffs' treating physician at Minnesota Correctional Facility, Stillwater,

John and Jane Does A – J, in their respective individual and official capacities for actions under color of law as staff of Minnesota Correctional Facilities, Stillwater and Faribault, and

Centurion of Minnesota, LLC,

Court File No. 15-cv-2210 (PJS/BRT)

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CENTURION OF MINNESOTA, LLC**

Defendants.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the claims of plaintiffs against Centurion of Minnesota, LLC ("Centurion") may be and hereby are dismissed with prejudice and on the merits, but without fees or costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice may be entered pursuant to this Stipulation without further notice.

Dated: November 16, 2016        PETER J. NICKITAS
                                LAW OFFICE, L.L.C.

                                /s/ Peter J. Nickitas
                                PETER J. NICKITAS
                                Atty. Reg. No. 212313
                                431 South Seventh Street, Suite 2446
                                P.O. Box 15221
                                Minneapolis, MN 55415
                                (612) 440-7285

peterjnickitaslawllc@gmail.com
                                *ATTORNEY FOR PLAINTIFFS*


Date:  November ____, 2016      LARSON • KING, LLP

                                By: Anthony J. Novak
                                Mark A. Solheim (213226)
                                Anthony J. Novak (351106)
                                2800 Wells Fargo Place
                                30 E. Seventh Street
                                St. Paul, MN  55101
                                Tel:  (651) 312-6500
                                Fax:  (651) 312-6618

msolheim@larsonking.com
tnovak@larsonking.com
                                *Attorneys for Defendant*

*Centurion of Minnesota, LLC*

1559062
2