UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RONALDO LIGONS, et al.,                      Case No. 15-CV-2210 (PJS/BRT)

       Plaintiffs,

v.                                                    ORDER OF DISMISSAL

MINNESOTA DEPARTMENT OF CORRECTIONS,
et al.,

       Defendants.

---

Based upon the Stipulation for Dismissal filed by the parties on November 16, 2016 [ECF No. 90],

IT IS ORDERED that all claims against defendant Centurion of Minnesota, LLC are dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: November 16, 2016                      s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge