UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al., | Civil File No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' REBUTTAL EXPERT WITNESS DISCLOSURE** |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

TO: PLAINTIFFS Ronaldo Ligons and Barry Michaelson, and their attorney, Peter J. Nickitas, Peter J. Nickitas Law Office, L.L.C., 431 S. 7th St., Suite 2446, P.O. Box 15221, Minneapolis, MN 55415-0221.

PLEASE BE ADVISED that Defendants Minnesota Department of Corrections, Thomas Roy, Dr. David A. Paulson, and Nanette Larson (collectively "Defendants") may call the following rebuttal expert witnesses at the trial in this matter:

1. Dr. Newton E. Kendig, M.D.
   7938 West Beach Drive NW
   Washington, D.C. 20012
   nekendig@icloud.com

   Dr. Kendig's rebuttal testimony will be based on the opinions described in his initial report dated October 19, 2016.

2. Dr. David Paulson
   1450 Energy Park Dr.
   #200
   St Paul, MN 55108

   While he is not an expert retained for the purpose of litigation, Defendants may call Dr. David Paulson, who is a medical professional, to rebut Plaintiffs' experts' testimony.

3. Defendants reserve the right to call any other rebuttal expert witnesses identified by any party in this matter.

4. Defendants reserve the right to identify additional rebuttal experts in any area of expertise in which an expert has been designated by any other party.

5. Defendants reserve the right to name additional rebuttal experts who may be discovered after the date of this notice, and to amend this list in the future as appropriate.

Dated: November 29, 2016

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Ian M. Welsh
IAN M. WELSH
Assistant Attorney General
Atty. Reg. No. 0396287
ian.welsh@ag.state.mn.us

KATHRYN A. FODNESS
Assistant Attorney General
Atty. Reg. No. 0392184
kathryn.fodness@ag.state.mn.us

KELLY S. KEMP
Assistant Attorney General
Atty. Reg. No. 0220280

445 Minnesota St., #1100
St. Paul, MN 55101-2128
(651) 757-1018 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANTS
MINNESOTA DEPARTMENT OF
CORRECTIONS, THOMAS ROY,
DR. DAVID A. PAULSON, AND
NANETTE LARSON