UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RONALDO LIGONS, et al., individually, and on behalf of those similarly situated | Case No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| v. | SECOND AMENDED BRIEFING ORDER |
| MINNESOTA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

The Court has been informed that the plaintiffs intend to bring dispositive motions to certify a class and for a preliminary injunction, and the defendants intend to bring a motion for summary judgment. The Court directs that the cross-motions be briefed as follows:

1. **Defendants' Principal Memorandum.** By March 29, 2017, Defendants must file a memorandum in support of their motion for summary judgment.

2. **Plaintiffs' Principal and Response Memorandum.** By April 19, 2017, Plaintiffs must file a memorandum in support of their motions for certification and preliminary injunction and must, in the same memorandum, respond to Defendants' memorandum in support of their motion for summary judgment.

3. **Defendants' Response and Reply Memorandum.** By May 10, 2017, Defendants must file a memorandum that responds to Plaintiffs' memorandum in support of their

motions for certification and preliminary injunction and may, in the same memorandum, reply to Plaintiffs' response to Defendants' motion for summary judgment.

**4. Plaintiffs' Reply Memorandum.** By May 31, 2017, Plaintiffs may file a memorandum in reply to Defendants' response to Plaintiffs' motions for certification and preliminary injunction.

Defendants' two memoranda together must not exceed 24,000 words. Plaintiffs' two memoranda together must not exceed 24,000 words. To the extent a party intends to seek exclusion of expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), the *Daubert* motion and arguments must be made as part of that party's memoranda and not in a separate brief. Except insofar as this order is to the contrary, all memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota.

The hearing currently scheduled for May 17, 2017 will be rescheduled.

SO ORDERED.


Dated: February 23, 2017           s/Patrick J. Schiltz
                                   Patrick J. Schiltz
                                   United States District Judge