UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al. | **NOTICE OF APPEARANCE (AMENDED)** |
| Plaintiff(s) | Case No: 15-cv-2210 PJS/BRT |
| v. | |
| Minnesota Dept. of Corrections, et al. | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that C. Peter Erlinder, MN Atty. #0398765 shall appear as co-counsel in this case.

Respectfully:

Date: 20 March 2017

PETER J. NICKITAS LAW OFFICE, L.L.C.
/s/ *Peter J. Nickitas* (electronically signed)
_____
Peter J. Nickitas, MN Att'y #212313
Attorney for the Plaintiffs
431 S. 7th St., Suite 2446
Minneapolis, MN 55415
651.238.3445/FAX 1.888.389.7890
peterjnickitaslawllc@gmail.com

Dated: 03/20/2017

/s/ *C. Peter Erlinder* (electronically signed)
_____
C. Peter Erlinder, MN Att'y 0398765
Co-Counsel for Plaintiffs
1043 Grand Av. Suite 228
St. Paul, MN 55105
651-271-4616
*proferlinder@gmail.com*