UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al., | Court File No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME** |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

Defendants take no position on Plaintiffs' motion for an extension of time to file a response (Doc. No. 131). However, if the Court grants Plaintiffs' requested extension, Defendants respectfully request that the due date for their reply memorandum in support of summary judgment and response to Plaintiffs' motions be extended to April 24, 2017, and Plaintiffs' reply memorandum to June 7, 2017. The scheduled hearing date on the parties' motions is July 26, 2017. Defendants defer to the Court to determine whether the hearing date should be moved to accommodate Plaintiffs' request.

Defendants make this request because Plaintiffs' proposed deadlines would allow them four weeks to respond to Defendants' motion. However, the new deadlines proposed by Plaintiffs do not allow Defendants four weeks to respond to Plaintiffs' motions.

*Signature on page 2*

Dated: April 14, 2017

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ **Kathryn A. Fodness**
KATHRYN A. FODNESS
Assistant Attorney General
Atty. Reg. No. 0392184

KELLY S. KEMP
Assistant Attorney General
Atty. Reg. No. 0220280

IAN WELSH
Assistant Attorney General
Atty. Reg. No. 0396287

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1348 (Voice)
(651) 296-1410 (TTY)
kathryn.fodness@ag.state.mn.us
kelly.kemp@ag.state.mn.us
ian.welsh@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS MINNESOTA DEPARTMENT OF CORRECTIONS, ROY, PAULSON, AND LARSON