

**STATE OF MINNESOTA**
**Department of Corrections**

DATE & TIME

Medical Consult MCF-LL     DECORSEY, Michael     OID#: 226627     February 6, 2009

CC: Chronic hepatitis C, therapy in 1998 through 1999.

S: The offender reports that he underwent HCV treatment from 1998 through 1999 and experienced severe gastrointestinal symptoms. He was seeing Dr. Colon up at Northwestern Hospital and Dr. Benondorf at HCMC. He describes symptoms of increased nausea, depression with suicidal thoughts, muscle aches, and flu-like symptoms. His current SRD is 2013. He also indicated that he has a loop recorder and carries his monitoring device. He describes his disability as 100% disabled from hepatitis C, 50% disability from the heart problems, and 30% disability from his right lower extremity trauma, according to the VA (Veterans Administration). He denies any abdominal pain, jaundice, or edema.

O: He is alert and oriented x 3. Pleasant. Speech and thought content is intact. He appears older than his stated age. Based on above findings, it is likely that the offender acquired HCV virus when he was serving in the military. Labs reviewed showed viral load of 1.5 million UL/mL, genotype 1a. Also, his CBCs with diff showed suppressed platelet count of 131, WBCs 3.52, and hematocrit of 40.7. His liver function tests show ALT and AST are within normal range. The offender clearly indicated that he is not interested in undergoing hepatitis C treatment again due to previous adverse severe reactions from treatment.

A: Chronic hepatitis C.

P: 1) The offender firmly declined HCV treatment due to previous adverse reaction from interferon and ribavirin. 2) I will continue to provide education on hepatitis C including risks and benefits or treatment. 3) The offender is instructed to maintain adequate hydration, increased physical activity, and fill out a kite if he has any questions or concerns regarding hepatitis C. He is to return to the clinic annually for hepatitis C followup. I will refer him to a psychologist/psychiatrist due to reported depressive symptoms.

Miriam Ingutia, RN, CNP /mt9
D: 02/06/09     T: 02/07/09     JOB#: 13466559
Dictated, but not reviewed

3/6/09 8AM  Chart reviewed. No immediate HCV follow-up. RTC annually for HCV. M Ingutia, CNP 3/6/09
Refusal of healthcare form completed & signed. M Ingutia

NAME _____ OID _____

**PRACTITIONER NOTES**

5070020045                                                    MINNCOR

CONFIDENTIAL--ATTORNEYS' EYES ONLY     Michaelson v. DOC
DOC.0001

STATE OF MINNESOTA
Department of Corrections

Consult MCF-OPH  DECORSEY, MICHAEL  OID#: 226627  February 06, 2012 (CONTINUED)
pain. 7. Left thigh mass. 8. Dental issues. 9. Gastroesophageal reflux disease. 10. Nutritional issues. 11. Enlarged prostate gland. 12. DNR/DNI.
PLAN: The patient is readmitted to the TCU. Orders are rewritten. The patient is to notify the TCU staff should he experience further difficulties. The patient is to be reevaluated as necessary.
Stephen Craane, M.D./0977  D: 02/06/2012  T: 02/06/2012  JOB#: 432522
Dictated, but not Reviewed

8 FEB 12   938473

Consult MCF-OPH  DECORSEY, MICHAEL  OID#: 226627  February 08, 2012
Patient evaluated in his TCU room. Patient continues to note fatigue and dyspnea; in particular, patient feels that his right lung is not inflating completely.
PHYSICAL EXAMINATION: Vital signs: As per TCU record. Skin: No deficits of turgor or temperature. Lungs: Slightly diminished breath sounds at the right base; lungs are otherwise clear to auscultation bilaterally. Cardiovascular: Regular rate and rhythm. S1 and S2 positive, no murmur appreciated. Extremities: No clubbing, cyanosis, or edema is appreciated in any extremity.
ASSESSMENT: 1. Dysfunction of the mitral and aortic valves. 2. Pulmonary edema, likely secondary to item 1. 3. Anemia, status post blood transfusion. 4. Dyspnea, potentially related to items above. 5. Hepatic failure. 6. Seizure disorder. 7. Back and hip pain. 8. Left thigh mass. 9. Dental issues. 10. Gastroesophageal reflux disease. 11. Nutritional issues. 12. Enlarged prostate gland. 13. DNR/DNI.
PLAN: Will obtain a repeat radiograph of patient's chest to evaluate the lungs; patient also has scheduled labs upcoming. Continue current medical management for now. Patient to notify the TCU staff should he experience further difficulties. Patient to be re-evaluated as necessary.
Stephen Craane, M.D./0917  D: 02/08/2012  T: 02/08/2012  JOB#: 938473
Dictated, but not Reviewed

2/10/12 8:22A  S/O: Patient seen for HCV. Reports abdominal pain and occasional distension. Denies jaundice and active bleeding. HEENT- Pale, scabbed areas to chin, dry skin, protuberant abdomen, and in a wheelchair. Answered questions appropriately. No jaundice or pedal edema noted. Pt. made it clear that he would not consider treatment for HCV. He is a relapser. Reviewed labs show slightly elevated ammonia levels. No clinical indication for lactulose. Attending provider to follow up & treatment PRN. A: HCV (+) genotype 1. P: Continue management of dysfunctional mitral and aortic valves. Follow up PRN. Abstain from illicit substance use and high risk sexual behavior. AKgar

226627    2/8/1950
DECORSEY, MICHAEL                                                  OID

PRACTITIONERS NOTES

5070020045                                                         MINNCOR

CONFIDENTIAL--ATTORNEYS' EYES ONLY
Michaelson v. DOC
DOC.0002

STATE OF MINNESOTA
Department of Corrections

| DATE & TIME | |
|---|---|
| 6-26-08 1650 | ADMITTED TO MCF/SCL. States @ leg crushed (hip to toe) 2001. Uses a cane. Compression Fx L5. Given w/c and to have ADA cell until cane can be obtained due to his cane not being made of wood. Wears a brace. Has a loop recorder. Hep C Dx 1997. States genotype 1A. States he had tx for Hep C 1998 which was not effective. States tooth bad - explained dental sick call. Hx past (+) PPD (3-23-08) chest x-ray negative. States w/t lost 120# in the past yr. Hx depression, Bipolar, PTSD. States hospitalized due to ↑ Lithium level. Tried to slit his wrist as a teenager. Hears voices & music. Last 2 days ago. Felt seriously depressed when he was on Hep C Tx 1999. States today he is a little bit depressed. Denies any thoughts of suicide or self-harm. Will provide list to review. — J Laser |
| | Name: Decoursey  OID: 226027  Date: 7-17-08  Has received state issued glasses  Signature: Sotolyn RN |
| 7/28/08 0855 | S/ BP 124/76 P 62 T 98.4. [illegible] call this am to discuss back brace - states too small. Currently wearing an XL. Brace is too small - will have XXL ordered. Also has questions on medications - received Depakote on Friday - wants to know what this replaces. Discussed all medications currently taking. F/u prn. [signature] |
| 7-28-08 @ 1600 | Level A called @ 1430 for chest pain. BP 94/60 P 60 @ 1440. Chest pain rated @ 5 out of 10. O₂ applied, had a ready taken & nitro. Given ASA. 1450 BP 97/70 P 60. Pain rated as 4. Had second nitro rated pain as 4. Escorted to Health Services via wheel chair. EKG taken - rated pain as 3. Blood work done. Released from Health Services @ 1520. Feeling improved. Wheeled to B house. Connie Miller RN |

NAME _____ OID _____

5070020043    PROGRESS NOTES    MINNCOR Industries

CONFIDENTIAL--ATTORNEYS' EYES ONLY
Michaelson v. DOC
DOC.0003

CONFIDENTIAL--ATTORNEYS' EYES ONLY



January 26th, 2010

To: Whom it may concern

From: Michael Daniel DeCorsey
226627   MCF-STW
970 Pickett St. N.
Bayport, Minnesota, 55003-1490

Subject: Medical practices when dealing with Health Services at Stillwater Prison

To all concerned:

    I am sending this letter in hopes of getting some assistance in dealing with Health services here at Stillwater Prison. Before being incarcerated I was seeing Physians at the VA Hospitol in St. Cloud, and the VA Hospitol in Minneapolis. In St. Cloud I saw my regular doctor, an optimologist, a denist, and my phycologist for my mental health. In Minneapolis I dealt with surgical dentistery, Dr. Li from the cardiact department, as well as Nurse Practioner J. Patterson who was helping me control my Hepatitus-C, I have Jeno Type 1a, Stage 4, Grade 4 cirrhosis of the liver.

    Dr. Li from the VA Hospitol in Minneapolis surgicaly implanted a Loop Recorder in my left chest to keep track of my heart rate when I black out. So we know that my heart rate drops to 20 beats per minute. And after having three Cardiact Catherisations we know that I have 1 heart valve that does not always close, and 1 heart chamber that is larger then the others. I have had black out problems while outside the prison system and when I entered the MCF system these blackouts continued. I have had three blackouts while in custody of Morrison county jail, Three blackouts while in custody at St. Cloud prison, 4 blackouts while in Lino-Lakes prison, and four blackouts while in Stillwater prison.

    Each time I blacked out Medtronic was to be called so that a technician could come and take a reading of my heart monitor, but this has taken place only once while I have been at Stillwater prison. Needless to say the information that Dr. Li needed did not get to him. I have been afraid of going through the metal detector here at Stillwater because the last time I went though the metal detector I blackedout and was out for over three hours. I did not mind the staff using

CONFIDENTIAL--ATTORNEYS' EYES ONLY

Michaelson v. DOC
DOC.0004

01/08/09  05:33 PM EST   Garcia Clinical Labs via VSI-FAX   Page 4 of 4 #336377



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249
PAGE: 1

```
                                           DECORSEY, MICHAEL
                                           226627
                                           LINO LAKES, MN  55014-
                                           (517)000-0000
                                           SEX: M  D/O/B: 11/05/1959

  INGUTIA, MIRIAM CNP
  COLLECTION DATE: 01/05/2009
  RECEIVED DATE:   01/08/2009
  REPORT DATE:     01/09/2009  17:05  FOX

  ACCESSION NO.: 824285
 <=== DESCRIPTION ===>  <= RESULT =>  <OUT OF RANGE>   <= REF RANGE =>  <= UNITS =>
 HCV RNA GENOTYPE, L*        1a
 *TESTS PERFORMED BY:
                        QUEST DIAGNOSTICS
                        4444 GIDDINGS RD
                        AUBURN HILLS, MI  48326-1581
```

                                                                1/12/09

```
     PAGE - 1                   DIRECTOR: Lorenz P. Kielhorn, MD
  -Complete-                    PRINTED TO: PD  REQUESTED FROM: T23
```