UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RONALDO LIGONS; BARRY MICHAELSON; JOHN MILES; JANE MILES; JOHN STILES; JANE STILES; JOHN ROE; and JANE ROE, individually, and on behalf of those similarly situated, | Case No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| | ORDER |
| v. | |
| MINNESOTA DEPARTMENT OF CORRECTIONS; THOMAS ROY, Minnesota Commissioner of Corrections in his official capacity; DR. DAVID A. PAULSON, MD, in his individual and his official capacities for actions under color of law as Medical Director, Minnesota Department of Corrections; NANETTE LARSON, in her individual and her official capacities for actions under color of law as Health Services Director, Minnesota Department of Corrections; and JOHN and JANE DOES A-J, in their respective individual and official capacities for actions under color of law as staff of Minnesota Correctional Facilities, Stillwater and Faribault; | |
| Defendants. | |

---

In light of the notice of appearance of attorneys Michael Ciresi, Katie Crosby

Lehmann, and Andrew Mohring as lead counsel on behalf of plaintiffs, and in

accordance with the plan discussed at the July 26, 2017 hearing, IT IS HEREBY

ORDERED THAT:

1.      Defendants' motion for summary judgment [ECF No. 104] is DENIED

WITHOUT PREJUDICE.

2.      Plaintiffs' motions for partial summary judgment, for a preliminary

injunction, to certify classes, and to exclude expert testimony [ECF

Nos. 135, 136, 137, and 138] are DENIED WITHOUT PREJUDICE.

3.      Plaintiffs' motion [ECF No. 170] to amend the scheduling order to allow

amendment of the second amended complaint [ECF No. 42] is GRANTED

IN PART subject to the following conditions:

a.      Plaintiffs may file a third amended complaint for the purpose of

adding new proposed class representatives who:

i.      are currently incarcerated;

ii.     have at least two years left to serve on their sentences of

imprisonment;

iii.    have chronic active hepatitis C infections for which the

Minnesota Department of Corrections has declined to give

them direct-acting anti-viral drugs; and

iv.     have exhausted their administrative remedies.

b.      Plaintiffs may not add new claims for relief, but may delete or

narrow the claims pleaded in the second amended complaint.  The

Court encourages plaintiffs to consider bringing only an Eighth and Fourteenth Amendment claim under 42 U.S.C. § 1983 for deliberate indifference to a serious medical need, to seek only prospective relief, and to seek relief only on behalf of prisoners with active hepatitis C infections.  That decision, however, is for plaintiffs to make.

    c.    Plaintiffs must file their third amended complaint no later than Monday, December 4, 2017.

4.    Following the filing of the third amended complaint, the parties should meet with Judge Thorson to discuss any outstanding discovery needs.

Dated: October 4, 2017

 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge