UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al., | Court File No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

TO: Plaintiffs Ronaldo Ligons, Lawrence Maxcy, Brent Buchan, and Barry Michaelson, and their attorneys, Andrew H. Mohring, Esq., Esther O. Agbaje, Esq., Michael V. Ciresi, Esq., and Katie Crosby Lehmann, Esq., Ciresi Conlin LLP, 225 South 6th Street, Suite 4600, Minneapolis, MN 55402, Peter J. Nickitas, Esq., 431 South 7th Street, Suite 2446, Minneapolis, MN 55415-0221 and C. Peter Erlinder, Esq., 1043 Grand Avenue, Suite 28, St. Paul, MN 55104.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants hereby move the court for an order as follows:

Granting Defendants Minnesota Department of Corrections, Commissioner Thomas Roy, Dr. David A. Paulson, M.D., and Nanette Larson summary judgment and dismissing all claims in the Third Amended Complaint with prejudice.

This motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon a memorandum of law and any supporting documents filed in accordance with Local Rules.

*Signature on page 2*

Dated: April 18, 2018

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ **Kathryn A. Fodness**
KATHRYN A. FODNESS
Assistant Attorney General
Atty. Reg. No. 0392184

KELLY S. KEMP
Assistant Attorney General
Atty. Reg. No. 0220280

ANDREW TWEETEN
Assistant Attorney General
Atty. Reg. No. 0395190

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1348 (Voice)
(651) 296-1410 (TTY)
kathryn.fodness@ag.state.mn.us
kelly.kemp@ag.state.mn.us
andrew.tweeten@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS MINNESOTA DEPARTMENT OF CORRECTIONS, ROY, PAULSON, AND LARSON