UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronaldo Ligons, et al., | Civil File No. 15-CV-2210 (PJS/BRT) |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

The above-entitled matter came on for hearing on June 27, 2018, before Judge Patrick J. Schiltz on Defendants' motion for summary judgment (Doc. 219). Assistant Attorneys General Kathryn A. Fodness, Andrew Tweeten, and Kelly S. Kemp appeared on behalf of Defendants Minnesota Department of Corrections, Commissioner Tom Roy, Dr. David A. Paulson and Nanette Larson, in their official capacities. _____ appeared on behalf of Plaintiffs Ronaldo Ligons, Lawrence Maxcy, Brent Buchan, and Barry Michaelson.

Based upon Defendants' motion, the arguments of the parties and all of the files, records, and proceedings herein, and the Court being duly advised:

   **IT IS HEREBY ORDERED:**

   1.   Defendants' motion for summary judgment (Doc. 219) is **GRANTED**; and

   **2.**   The Third Amended Complaint (Doc. 205) is **DISMISSED with prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:_____                    _____
                                      PATRICK J. SCHILTZ
                                      United States District Court Judge