**Ciresi Conlin** LLP

Andrew H. Mohring
Partner

E: AHM@CiresiConlin.com
P: 612-361-8230

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200
CiresiConlin.com

June 6, 2018

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Ligons, et al. v. Minnesota Department of Corrections, et al.*
    Court File No. 15-CV-2210 (PJS/BRT)

Dear Judge Schiltz:

I write to bring a recent decision in a related case to the Court's attention. We learned of the decision in *Chimenti, et. al. v. Wetzel, et. al*, 15-cv-3333, E.D. Pa., 2018 WL 2388665 (May 24, 2018), after our recent submission in this case.

Please let me know if you wish additional information or input.

Sincerely,

/s/ Andrew H. Mohring

Andrew H. Mohring

Enclosures

cc:     Kathryn Fodness
        Kelly S. Kemp
        Andrew Tweeten
        Peter J. Nickitas
        Carl Peter Erlinder