UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronaldo Ligons, et al.,                                     Case No. 15-cv-2210 (PJS/BRT)

      Plaintiffs,

vs.                                                         **JOINT MOTION REGARDING
                                                            CONTINUED SEALING**

Minnesota Department of Corrections, et al.,

      Defendants.


Documents have been filed under temporary seal in connection with the following

motions:

      Defendants' Motion for Summary Judgment      Doc. 219

      Plaintiffs' Motion for Class Certification      Doc. 238

Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued

Sealing.

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 221 | Memorandum of Law in Support of Defendants' Motion for Summary Judgment | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 223 | Second Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 225 | Exhibit O to Second Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Plaintiff Brent Buchan Lab Reports* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | **Parties Agree Doc. Should Remain Sealed** | **Parties Agree Doc. Should Be Unsealed** | **Parties Disagree** | | |
| 226 | Exhibit P to Second Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Email discussing medical treatment of Plaintiff Brent Buchan* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 227 | Exhibit Q to Second Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Plaintiff Lawrence Maxcy Lab Report* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 240 | Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and In Support of Plaintiffs' Motion for Class Certification | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 243 | Exhibit 2 Part A to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Plaintiff Ronaldo Ligons' Kites, Grievances and Letters to the Department of Corrections* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 244 | Exhibit 2 Part B to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Plaintiff Ronaldo Ligons' Kites, Grievances and Letters to the Department of Corrections* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 245 | Exhibit 3 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Medical Records for Plaintiff Lawrence Maxcy* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 246 | Exhibit 4 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Medical Records for Plaintiff Lawrence Maxcy* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 247 | Exhibit 5 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Plaintiff Brent Buchan Lab Report* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 248 | Exhibit 6 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Medical Records for Plaintiff Brent Buchan* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 249 | Exhibit 7 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Plaintiff Brent Buchan Lab Report* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 250 | Exhibit 8 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Email discussing medical treatment of Plaintiff Brent Buchan* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 251 | Exhibit 9 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Medical Records for Plaintiff Brent Buchan* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 252 | Exhibit 17 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Medical Records for prisoners treated with DAA medication* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information.  *See* Minn. Stat. § 13.85, subd. 2.  Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 253 | Exhibit 18 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Medical Records for prisoners not yet treated at fibrosis level F0* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information.  *See* Minn. Stat. § 13.85, subd. 2.  Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 254 | Exhibit 19 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Medical Records for prisoners not yet treated at fibrosis level F1* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information.  *See* Minn. Stat. § 13.85, subd. 2.  Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 255 | Exhibit 19 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum of Law in Support of Class Certification and Response to Defendants Motion for Summary Judgment<br><br>*Sample of Medical Records for prisoners with HCV not treated* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 258 | Exhibit 2 to Affidavit of Julie Thompson, M.D. | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 259 | Exhibit 3 to Affidavit of Julie Thompson, M.D. | | X | | | Contains no corrections of detention data classified as private. Release of the data would not disclose medical information. |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | **Parties Agree Doc. Should Remain Sealed** | **Parties Agree Doc. Should Be Unsealed** | **Parties Disagree** | | |
| 260 | Exhibit 10 to Affidavit of Julie Thompson, M.D. *Plaintiff Lawrence Maxcy Lab Report* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 261 | Exhibit 11 to Affidavit of Julie Thompson, M.D. *Medical Record for Plaintiff Lawrence Maxcy* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 262 | Exhibit 12 to Affidavit of Julie Thompson, M.D. *Plaintiff Lawrence Maxcy's Kites, Grievances and Letters to the Department of Corrections* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 272 | Affidavit of Plaintiff Ronaldo S. Ligons | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information.  *See* Minn. Stat. § 13.85, subd. 2.  Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 273 | Affidavit of Brent C. Buchan | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information.  *See* Minn. Stat. § 13.85, subd. 2.  Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 274 | Affidavit of Lawrence Maxcy | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information.  *See* Minn. Stat. § 13.85, subd. 2.  Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | **Parties Agree Doc. Should Remain Sealed** | **Parties Agree Doc. Should Be Unsealed** | **Parties Disagree** | | |
| 275 | Exhibit 1 to Affidavit of Plaintiff Ronaldo S. Ligons<br><br>*Medical records for Plaintiff Ronaldo Ligons.* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 276 | Exhibit 1 to Affidavit of Brent C. Buchan<br><br>*Medical Records for Plaintiff Brent Buchan.* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 277 | Exhibit 1 to Affidavit of Lawrence Maxcy<br><br>*Medical Records for Plaintiff Lawrence Maxcy.* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

11

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 279 | Defendants' Memorandum in Reply Supporting Summary Judgment and in Opposition to Plaintiffs' Motion for Class Certification | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 281 | Third Affidavit of Dr. David A. Paulson, M.D., M.B.A. | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 282 | Exhibit R to Third Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Copy of elastography database produced by Defendants on February 2, 2018 in response to Plaintiff's request for documents and relied upon in answers to Interrogatories* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 283 | Exhibit S to Third Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Copy of updated elastography database produced by Defendants on February 2, 2018 in response to Plaintiff's request for documents and relied upon in answers to Interrogatories; information current as of May 15, 2018* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 284 | Exhibit T to Third Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Copy of treatment database produced by Defendants on February 2, 2018 in response to Plaintiff's request for documents and relied upon in answers to Interrogatories* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 285 | Exhibit U to Third Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Copy of updated treatment database produced by Defendants on February 2, 2018 in response to Plaintiff's request for documents and relied upon in answers to Interrogatories; information current as of May 15, 2018* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 286 | Exhibit V to Third Affidavit of Dr. David Paulson in Support of Defendants' Motion for Summary Judgment<br><br>*Chart listing current medical information for inmates listed on Exhibit 21 to the Declaration of Andrew Mohring (Doc. 255)* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | **Parties Agree Doc. Should Remain Sealed** | **Parties Agree Doc. Should Be Unsealed** | **Parties Disagree** | | |
| 288 | Plaintiff's Reply Memorandum in Support of Class Certification | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 291 | Exhibit 26 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum in Reply Supporting Class Certification <br><br> *Updated document of medical records for prisoners treated with DAA medication* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 292 | Exhibit 27 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum in Reply Supporting Class Certification <br><br> *Updated document of medical records for prisoners at fibrosis stage 0.* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

| DOC. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 293 | Exhibit 28 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum in Reply Supporting Class Certification<br><br>*Updated document of medical records for prisoners at fibrosis stage 1.* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 294 | Exhibit 29 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum in Reply Supporting Class Certification<br><br>*Updated document of medical records for a sample of untreated prisoners with HCV.* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |
| 295 | Exhibit 30 to Declaration of Andrew H. Mohring in Support of Plaintiff's Memorandum in Reply Supporting Class Certification<br><br>*Tracking document from the Department of Corrections on March 6, 2018 for prisoners with HCV* | X | | | | Contains corrections and detention data classified as private because release of the data would disclose medical information of non-party inmates. *See* Minn. Stat. § 13.85, subd. 2. Such data is authorized to be designated as confidential, and if so designated, filed under seal, pursuant to the Court's First Amended Protective Order. (*See* Doc. 92 ¶¶ 2, 13.) |

Dated:  June 18, 2018                        s/ Esther O. Agbaje_____
                                        Michael V. Ciresi (MN #0016949)
                                        Katie Crosby Lehmann (MN #0257357)
                                        Andrew H. Mohring (MN #0190731)
                                        Esther O. Agbaje (MN #399145)
                                        Ciresi Conlin LLP
                                        225 South 6th Street, Suite 4600
                                        Minneapolis, MN 55402
                                        Telephone: 612.361.8200
                                        AHM@CiresiConlin.com
                                        KCL@CiresiConlin.com
                                        EOA@CiresiConlin.com

                                        Peter J. Nickitas, MN Att'y #212313
                                        431 S. 7th St., Suite 2446
                                        Minneapolis, MN 55415-1854
                                        612.440.7285(o)/651.238.3445(m)
                                        peterjnickitaslawllc@gmail.com

                                        C. Peter Erlinder, MN Att'y #398765
                                        1043 Grand Avenue, Suite 28
                                        St. Paul, MN 55105
                                        651.271.4616
                                        proferlinder@gmail.com

                                        ***Attorneys for Plaintiffs***

Dated:  June 18, 2018            OFFICE OF THE ATTORNEY GENERAL
State of Minnesota


s/ Kathryn A. Fodness
KATHRYN A. FODNESS
Assistant Attorney General
Atty. Reg. No. 0392184

KELLY S. KEMP
Assistant Attorney General
Atty. Reg. No. 0220280

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1348 (Voice)
(651) 296-1410 (TTY)
kathryn.fodness@ag.state.mn.us
kelly.kemp@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS
MINNESOTA DEPARTMENT OF
CORRECTIONS, ROY, PAULSON, AND
LARSON