UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronaldo Ligons, et al.,  Case No. 15-cv-2210 (PJS/BRT)

    Plaintiffs,

vs.  **[PROPOSED] ORDER ON JOINT MOTION TO SEAL**

Minnesota Department of Corrections, et al.,

    Defendants.

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing ("Joint Motion") (Doc. No. 299). The Court has reviewed the parties' Joint Motion and observes the following:

- A redacted version of Docket No. 221 was filed at Docket No. 222;
- A redacted version of Docket No. 223 was filed at Docket No. 224;
- Docket No. 225 are medical records for Plaintiff Brent Buchan;
- Docket No. 226 is an email discussing medical treatment for Plaintiff Brent Buchan;
- Docket No. 227 are medical records for Plaintiff Lawrence Maxcy;
- A redacted version of Docket No. 240 was filed at Docket No. 241;
- Docket Nos. 243 and 244 are kites, grievances, and letters to the Minnesota Department of Corrections from Plaintiff Ronaldo Ligons that reference medical treatment;
- Docket No. 245 are medical records for Plaintiff Brent Buchan;
- Docket No. 246 are medical records for Plaintiff Lawrence Maxcy;
- Docket Nos. 247 and 249 are medical records for Plaintiff Brent Buchan;
- Docket No. 250 is an email discussing medical treatment for Plaintiff Brent Buchan;
- Docket No. 251 are medical records for Plaintiff Brent Buchan;
- Docket Nos. 252, 253, 254, and 255 are spreadsheets reflecting medical treatment information of non-party prisoners;
- Docket No. 258 is a Declaration of Julie Thompson which discussed medical treatment of the named plaintiffs;
- The parties agree that Docket No. 259 does not include any confidential medical or corrections data;

- Docket Nos. 260, 261, and 262 are medical records and kites, grievances, and letters to the Minnesota Department of Corrections that relate to medical treatment for Plaintiff Lawrence Maxcy;
- Docket No. 272 is the Affidavit of Plaintiff Ronaldo S. Ligons which discusses his medical condition;
- Docket No. 273 is the Affidavit of Plaintiff Brent C. Buchan which discusses his medical condition;
- Docket No. 274 is the Affidavit of Plaintiff Lawrence Maxcy which discusses his medical condition
- Docket 275 is the attached exhibit to the Affidavit of Plaintiff Ronaldo S. Ligons that includes his medical records from the Department of Corrections.
- Docket 276 is the attached exhibit to the Affidavit of Brent C. Buchan that includes his medical records from the Department of Corrections.
- Docket 277 is the attached exhibit to the Affidavit of Plaintiff Lawrence Maxcy that includes his medical records from the Department of Corrections.
- A redacted version of Docket No. 279 was filed at Docket No. 280;
- A redacted version of Docket No. 281 was filed at Docket No. 280;
- Docket No. 281 discusses medical treatment information of non-party prisoners;
- Docket Nos. 282, 283, 284, 285, 286 are spreadsheets reflecting medical treatment information of non-party prisoners;
- A redacted version of Docket No. 288 was filed at Docket No. 289; and
- Docket Nos. 291, 292, 293, 294, and 295 are spreadsheets reflecting medical treatment information of non-party prisoners.

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to keep the following documents under seal:

   Docket No. 221

   Docket No. 223

   Docket No. 225

   Docket No. 226

   Docket No. 227

   Docket No. 240

   Docket No. 243


Docket No. 244

Docket No. 245

Docket No. 246

Docket No. 247

Docket No. 248

Docket No. 249

Docket No. 250

Docket No. 251

Docket No. 252

Docket No. 253

Docket No. 254

Docket No. 255

Docket No. 258

Docket No. 260

Docket No. 261

Docket No. 262

Docket No. 272

Docket No. 273

Docket No. 274

Docket No. 275

Docket No. 276

Docket No. 277

        Docket No. 279

        Docket No. 281

        Docket No. 282

        Docket No. 283

        Docket No. 284

        Docket No. 285

        Docket No. 286

        Docket No. 288

        Docket No. 291

        Docket No. 292

        Docket No. 293

        Docket No. 294

        Docket No. 295

2.     The parties agree that exhibit filed at Docket No. 259 is a non-confidential document. The Clerk shall unseal the following documents:

        Docket No. 259

Dated: _____          _____
                                                                         BECKY R. THORSON
                                                                         United States Magistrate Judge