**Ciresi Conlin** LLP

July 16, 2018

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Ligons, et al. v. Minnesota Department of Corrections, et al.*
     *Court File No. 15-CV-2210 (PJS/BRT)*

Dear Judge Schiltz:

I write to bring a recent decision in a related case to the Court's attention: *Chimenti, et. al. v. Wetzel, et. al*, 15-cv-3333, E.D. Pa., 2018 WL 3388305 (July 12, 2018).

Please let me know if you wish additional information or input.

Sincerely,

*/s/ Andrew H. Mohring*

Andrew H. Mohring

cc:   Kathryn Fodness
      Kelly S. Kemp
      Peter J. Nickitas
      Carl Peter Erlinder

Andrew H. Mohring
Partner

E:  AHM@CiresiConlin.com
P:  612-361-8230

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200
CiresiConlin.com