# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Ronaldo Ligons, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Patrick J. Schiltz |
| v. | U.S. District Judge |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

| | |
|---|---|
| Case No: | 15-CV-2210 (PJS/BRT) |
| Date: | July 27, 2018 |
| Deputy: | C. Glover |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 8:59 a.m. |
| Time Concluded: | 10:28 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 29 Minutes |

Hearing on: **Defendants' Motion for Summary Judgment [Docket No. 219], Plaintiffs' Motion to Certify Class [Docket No. 238]**

APPEARANCES:

   Plaintiffs:   Andrew Mohring, Michael Ciresi, Esther Agbaje, Peter Nickitas, Carl Erlinder
   Defendants:   Kathryn Fodness, Kelly Kemp

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

   ☐ **Submitted**      ☐ **Sustained**      ☐ **Overruled**
   ☐ Brief time set:
   ☒ Motions taken under advisement, written order forthcoming.

s/C. Glover<br>
Courtroom Deputy