

**Ciresi Conlin** LLP

Andrew H. Mohring
Partner

E:  AHM@CiresiConlin.com
P:  612-361-8230

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200
CiresiConlin.com

July 30, 2018

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:  *Ligons, et al. v. Minnesota Department of Corrections, et al.*
     *Court File No. 15-CV-2210 (PJS/BRT)*

Dear Judge Schiltz:

At the hearing on July 27, 2018 in this case, the Court asked about cases that discuss pre-certification mootness. The cases listed below respond to the Court's inquiry.

*Gerstein v. Pugh*, 420 U.S. 103, 111 n. 11 (1975).
*Zeidman v. J. Ray McDermott & Co.*, 651 F.2d 1030, 1045 (5th Cir. 1981).
*Pitts v. Terrible Herbst, Inc.*, 653 F.3d 1081, 1089 (9th Cir. 2011).
*Lucero v. Bureau of Collection Recovery, Inc.*, 639 F.3d 1239, 1249–50 (10th Cir. 2011).
*Chimenti v. Wetzel*, No. CV 15-3333, 2018 WL 3388305, at *5 (E.D. Pa. July 12, 2018).
*Hoffer v. Jones*, 323 F.R.D. 694, 700 n. 6 (N.D. Fla. 2017).
*Ung v. Universal Acceptance Corp.*, 190 F. Supp. 3d 855, 862 (D. Minn. 2016).
*Epps v. Wal-Mart Stores, Inc.*, 307 F.R.D. 487, 495 (E.D. Ark. 2015).
*Harris v. Messerli & Kramer, P.A.*, No. CIV 06CV4961 PJS/JJG, 2008 WL 508923, at *4 (D. Minn. Jan. 2, 2008).
*Jancik v. Cavalry Portfolio Servs., LLC*, No. CIV.06-3104(MJD/AJB), 2007 WL 1994026, at *4 (D. Minn. 2007).
*Bishop's Prop. & Investments, LLC v. Protective Life Ins. Co.*, 463 F. Supp. 2d 1375, 1382 (M.D. Ga. 2006).

The Honorable Patrick J. Schiltz
July 27, 2018
Page 2

*Sosna v. Iowa*, 419 U.S. 393, 402 n. 11 (1975).
*Deposit Guar. Nat. Bank, Jackson, Miss. v. Roper*, 445 U.S. 326, 339 (1980).
*U.S. Parole Comm'n v. Geraghty*, 445 U.S. 388, 398 (1980).
*Susman v. Lincoln Am. Corp.*, 587 F.2d 866, 869 (7th Cir. 1978).

Please let me know if you wish additional information or input.

Sincerely,


*/s/ Andrew H. Mohring*

Andrew H. Mohring


cc:     Kathryn Fodness
        Kelly S. Kemp
        Peter J. Nickitas
        Carl Peter Erlinder
        Katie Crosby Lehman
        Esther O. Agbaje