**Ciresi Conlin** LLP

Andrew H. Mohring
Partner

E: AHM@CiresiConlin.com
P: 612-361-8230

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200

CiresiConlin.com

September 21, 2018

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Ligons, et al. v. Minnesota Department of Corrections, et al.*
    Court File No. 15-CV-2210 (PJS/BRT)

Dear Judge Schiltz:

I write to bring a recent decision in a related case to the Court's attention: *Stafford, et. al., v. Carter, et. al.*, 17-cv-00289 (MS/MJD), S.D. In., 2018 WL 4361639 (September 13, 2018).

Please let me know if you wish additional information or input.

Sincerely,

Andrew H. Mohring

Enclosures

cc: Kathryn Fodness
    Kelly S. Kemp
    Peter J. Nickitas
    Carl Peter Erlinder