December 7, 2018

Andrew H. Mohring
Partner

E:  AHM@CiresiConlin.com
P:  612-361-8230

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200
CiresiConlin.com

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:  *Ligons, et al. v. Minnesota Department of Corrections, et al.*
     Court File No. 15-CV-2210 (PJS/BRT)

Dear Judge Schiltz:

I write to bring a recent decision in a related case to the Court's attention: *Postawko, et. al. v. Missouri Department of Corrections, et. al*, Eighth Circuit 17-3029 (December 6, 2018).

Please let me know if you wish additional information or input.

Sincerely,

*/s/ Andrew H. Mohring*

Andrew H. Mohring

cc:    Kathryn Fodness
       Kelly S. Kemp
       Peter J. Nickitas
       Carl Peter Erlinder
       Katie Crosby Lehman
       Esther O. Agbaje