

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

January 2, 2019

The Honorable Patrick J. Schiltz
United States District Judge
United States District Court for the District of Minnesota
14E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   *Ligons, et al. v. Minnesota Department of Corrections, et al.*
      No. 15-cv-2210 (PJS/BRT)

Dear Judge Schiltz:

On July 27, 2018, the parties argued Defendants' motion for summary judgment and Plaintiffs' motion for class certification. The Court directed that the matter be scheduled for a court trial, but did not rule on which claims and plaintiffs would be proceeding to trial. A court trial is scheduled to begin on February 4, 2019. Pursuant to the Court's Order for Trial (Doc. 307), the parties must exchange exhibit and witness lists on January 11, 2019. The parties must then file their exhibit and witness lists, motions in limine, and trial briefs on January 18, 2019. Counsel for the parties met in person on December 5, 2018, and by telephone on December 28, 2018, to discuss issues related to trial. To date, the Court has not issued an order deciding the motions heard on July 27, 2018. Given the upcoming deadlines and court trial, the parties respectfully seek direction from the Court regarding these motions.

Sincerely,

/s/ Kathryn A. Fodness
KATHRYN A. FODNESS
Assistant Attorney General

(651) 757-1348 (Voice)
(651) 282-5832 (Fax)

*Attorney for Defendants Minnesota Department of Corrections, David A. Paulson, M.D., and Nanette Larson, in their official capacity*