UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAWRENCE MAXCY,                                   Civil No. 15-2210 (PJS/BRT)

Individually, and on behalf of those similarly situated,

    Plaintiff,
v.

THOMAS ROY,
In his official capacity as Commissioner, Minnesota Department of Corrections;

DAVID A. PAULSON, M.D.,
In his official capacity as Medical Director, Minnesota Department of Corrections;

NANETTE LARSON,
In her official capacity as Health Services Director, Minnesota Department of Corrections,

    Defendants.

## APPLICATION FOR ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Lawrence Maxcy, the named Plaintiff, through counsel, respectfully applies for an Order and Writ of Habeas Corpus *ad Testificandum*, to allow him to appear and testify at the upcoming trial in this case. Counsel for Defendants has indicated that the Minnesota Department of Corrections will not transport Mr. Maxcy without a Court Order, but that they will comply with an Order directing that he be brought to court.

Mr. Maxcy, Minnesota Department of Corrections OID No. 221610, is detained at the Minnesota Correctional Facility in Faribault, Minnesota, and is a necessary, material, competent, and indispensable witness and party in the above-captioned case, which is set for trial in the United States District Court for the District of Minnesota, before the Honorable Patrick J. Schiltz, in Courtroom 14E of the Federal Courthouse in Minneapolis, Minnesota, from February

4 through February 8, 2019. In order to secure his appearance, it is necessary that a Writ of Habeas Corpus *ad Testificandum* be issued.

Mr. Maxcy, through counsel, therefore applies for the issuance of an Order and Writ of Habeas Corpus *ad Testificandum* under the seal of this Court, directing that he be produced before this Court on February 4, 2019, at 8:30 a.m., and returning him to the custody of the Minnesota Department of Corrections following his testimony.

Dated: January 9, 2019                By: /s/Andrew H. Mohring
                                      Michael V. Ciresi (MN #0016949)
                                      Andrew H. Mohring (MN #0190731)
                                      Esther O. Agbaje (MN#0399145)
                                      Ciresi Conlin LLP
                                      225 South 6th Street, Suite 4600
                                      Minneapolis, MN 55402
                                      Telephone: 612.361.8200
                                      AHM@CiresiConlin.com
                                      EOA@CiresiConlin.com

                                      *Attorneys for Plaintiff*