UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAWRENCE MAXCY,                                                                 Civil No. 15-2210 (PJS/BRT)

Individually, and on behalf of those similarly situated,

    Plaintiff,

v.

THOMAS ROY,
In his official capacity as Commissioner, Minnesota Department of Corrections;

DAVID A. PAULSON, M.D.,
In his official capacity as Medical Director, Minnesota Department of Corrections;

NANETTE LARSON,
In her official capacity as Health Services Director, Minnesota Department of Corrections,

    Defendants.

## [PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon application of Lawrence Maxcy, the named Plaintiff, through counsel, the Court Orders and Issues a Writ of Habeas Corpus *ad Testificandum* directed to the Warden of the Minnesota Correctional Facility at 1101 Linden Lane, Faribault, Minnesota 55021, to the United States Marshal for the District of Minnesota, and any other authorized officer, to produce Lawrence Maxcy, OID #221610, now confined at the Minnesota Correctional Facility, Faribault, Minnesota, before the United States District Judge Patrick J. Schiltz at Minneapolis, Minnesota, for a trial beginning at 8:30 a.m. on February 4, 2019, so that said person may appear and testify in accordance with law in the above-entitled cause, and to return him to the custody of the Minnesota Department of Corrections following his testimony.

Dated: _____          _____
                                                                     HONORABLE BECKY R. THORSON
                                                                     United States Magistrate Judge
                                                                     District of Minnesota