# UNITED STATES DISTRICT COURT

District of
Minnesota

| | |
|---|---|
| Ronaldo Ligons, John Roe, Jane Roe, Brent Buchan, Lawrence Maxcy, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | |
| Minnesota Department of Corrections, David A. Paulson, Nanette Larson, Paul Schnell, | Case Number: 15-cv-2210 PJS/BRT |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Joint Motion Seeking Final Approval of Class Action Settlement is GRANTED.

2. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Settlement Agreement is fully and finally APPROVED in all respects, as fair, reasonable, and adequate to the Class. The Parties are directed to implement, perform, and consummate the Settlement Agreement in accordance with its terms and provisions.

3. The award of attorneys' fees and costs outlined in the Settlement Agreement is APPROVED.

4. The Court expressly retains jurisdiction until July 25, 2021, or two years after any appeals from this order are finally resolved, whichever is later, as set forth in the Settlement Agreement, in order to enter any further orders that may be necessary or appropriate in administering or implementing the terms and provisions of the Settlement Agreement.

| | |
|---|---|
| Date: 6/24/2019 | KATE M. FOGARTY, CLERK |
| | s/M. Price |
| | (By)  M. Price, Deputy Clerk |