**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect • www.ag.state.mn.us

May 5, 2020

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

      Re:    *Lawrence Maxcy, individually and on behalf of those similarly situated v. Paul Schnell, et al*. **(Civil No. 15-2210) (PJS/BRT)**

Dear Judge Schiltz:

    Attached, please find the Minnesota Department of Corrections' Report for the Third Quarter of Fiscal Year 2020 in the above-entitled matter.  This letter and report are filed pursuant to the Order Approving Class Action Settlement.  (Doc. 339.)

                    Sincerely,

                    s/ **Kevin Jonassen**
                    KEVIN JONASSEN
                    Assistant Attorney General

                    (651) 757-1250 (Voice)
                    (651) 297-4139 (Fax)
                    kevin.jonassen@ag.state.mn.us

                    *Attorney for Defendants Paul Schnell, James Amsterdam, M.D.[1], and Nanette Larson, in their official capacities only*

---

[1] The case caption reflects Dr. David A. Paulson has been sued in his official capacity as the Medical Director of the Minnesota Department of Corrections.  Dr. James Amsterdam is now the Medical Director of the Minnesota Department of Corrections.  Pursuant to Fed. R. Civ. P. 25(d), Dr. Amsterdam should be substituted for Dr. Paulson for purposes of Plaintiff's official capacity claim.

Enclosure

cc:   Katie Crosby Lehmann, Esq. (with enclosure by email)
      Esther Agbaje, Esq. (with enclosure by email)

Re:   Report pursuant to Settlement Agreement (Doc. 327-1) and approved by the Court on June 24, 2019 (Doc. 339) – Third Quarter of Fiscal Year 2020

The Fiscal Year 2020 (FY 2020) runs from July 1, 2019, through June 30, 2020. The Third Quarter of Fiscal Year 2020 ran from January 1, 2020, through March 31, 2020. This Report is submitted pursuant to the Settlement Agreement approved by the Court on June 24, 2019 (Doc. 327-1, 339), and was compiled based on data maintained by the Minnesota Department of Corrections (DOC).

| | | | | | |
|---|---|---|---|---|---|
| Total number of prisoners[1] tested for Hepatitis C in the Third Quarter of FY 2020 | 1342 | | | | |
| Total number of prisoners diagnosed with a positive PCR test in the Third Quarter of FY 2020 | 51 | | | | |
| Total number of prisoners with Hepatitis C who received treatment with Direct Acting Antivirals (DAAs) in the Third Quarter of FY 2020 by fibrosis level | F0 | F1 | F2 | F3 | F4 |
| | 35 | 1 | 7 | 5 | 3 |
| Total number of prisoners with Hepatitis C who did not receive treatment with DAAs in the Third Quarter of FY 2020 by fibrosis level, all who were deferred per the Guidelines | F0 | F1 | F2 | F3 | F4 |
| | 176 | 0 | 3 | 0 | 1 |
| Total number of prisoners diagnosed with Hepatitis C who have refused elastography | 7 | | | | |
| Total number of prisoners diagnosed with Hepatitis C who are pending the completion of elastography | 14 | | | | |
| Total number of prisoners with Hepatitis C receiving DAAs at the end of the Third Quarter of FY 2020 | 23 | | | | |

All prisoners with Hepatitis C who met the Guidelines were treated with DAAs during the Third Quarter of Fiscal Year 2020. As of April 1, 2020, a total of 21 prisoners were undergoing a treatment workup.

Dated: 4/27/20

Christopher Sigstad
Research Analysis Specialist
Minnesota Department of Corrections Health Services Unit

---

[1] The term "prisoners" has the meaning ascribed to it on page 4 of the Settlement Agreement. (Doc. 327-1.)