**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect • www.ag.state.mn.us

November 2, 2020

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:    *Lawrence Maxcy, individually and on behalf of those similarly situated v. Paul Schnell, et al.* **(Civil No. 15-2210) (PJS/BRT)**

Dear Judge Schiltz:

    Attached, please find the Minnesota Department of Corrections' Report for the First Quarter of Fiscal Year 2021 in the above-entitled matter. This letter and report are filed pursuant to the Order Approving Class Action Settlement. (Doc. 339.)

    Sincerely,

    s/ Kevin Jonassen

    KEVIN JONASSEN
    Assistant Attorney General

    (651) 757-1250 (Voice)
    (651) 297-4139 (Fax)
    kevin.jonassen@ag.state.mn.us

    *Attorney for Defendants Paul Schnell, James Amsterdam, M.D., and Nanette Larson, in their official capacities only*

Enclosure

cc:    Katie Crosby Lehmann, Esq. (with enclosure by email)
        Esther Agbaje, Esq. (with enclosure by email)

Re:   Report pursuant to Settlement Agreement (Doc. 327-1) and approved by the Court on June 24, 2019 (Doc. 339) – First Quarter of Fiscal Year 2021

The Fiscal Year 2021 (FY 2021) runs from July 1, 2020, through June 30, 2021. The First Quarter of Fiscal Year 2021 ran from July 1, 2020, through September 30, 2020. This Report is submitted pursuant to the Settlement Agreement approved by the Court on June 24, 2019 (Doc. 327-1, 339), and was compiled based on data maintained by the Minnesota Department of Corrections (DOC).

| | | | | | |
|---|---|---|---|---|---|
| Total number of prisoners[1] tested for Hepatitis C in the First Quarter of FY 2021 | 822 | | | | |
| Total number of prisoners diagnosed with a positive PCR test in the First Quarter of FY 2021 | 30 | | | | |
| Total number of prisoners with Hepatitis C who received treatment with Direct Acting Antivirals (DAAs) in the First Quarter of FY 2021 by fibrosis level[2] | F0 | F1 | F2 | F3 | F4 |
| | 16 | 1 | 4 | 1 | 3 |
| Total number of prisoners with Hepatitis C who did not receive treatment with DAAs in the First Quarter of FY 2021 by fibrosis level, all who were deferred per the Guidelines | F0 | F1 | F2 | F3 | F4 |
| | 110 | 0 | 2 | 0 | 1 |
| Total number of prisoners diagnosed with Hepatitis C who have refused elastography | 0 | | | | |
| Total number of prisoners diagnosed with Hepatitis C who are pending the completion of elastography | 17 | | | | |
| Total number of prisoners with Hepatitis C receiving DAAs at the end of the First Quarter of FY 2021 | 12 | | | | |

All prisoners with Hepatitis C who met the Guidelines were treated with DAAs during the First Quarter of Fiscal Year 2021. As of October 1, 2020, a total of 3 prisoners were undergoing a treatment workup.

---

[1] The term "prisoners" has the meaning ascribed to it on page 4 of the Settlement Agreement. (Doc. 327-1.)

[2] One prisoner admitted to a DOC facility during the First Quarter of FY 2021 was already undergoing treatment with DAAs. That prisoner's F score is unknown. The DOC completed the prisoner's treatment.

Dated: 10/27/20

Christopher Sigstad
Research Analysis Specialist
Minnesota Department of Corrections Health Services Unit

|#4833124-v1