UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lawrence Maxcy, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Paul Schnell, in his official capacity as the Commissioner of the Minnesota Department of Corrections, et al.,<br><br>Defendants. | Civil File No. 15-CV-2210 (PJS/BRT)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

On July 26, 2021, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. 355). Based on the file and proceedings, and pursuant to Fed. R. Civ. P. 41(a), the Court issues the following:

### ORDER

1. Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, this matter shall be **DISMISSED WITH PREJUDICE**.

2. Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, all claims pertaining to costs and attorneys' fees have been fully resolved by operation of the parties' Settlement Agreement and, accordingly, the parties waived any and all further claims for costs and attorneys' fees. As such, no party shall be entitled to further costs or attorneys' fees.

2

Dated: July 26, 2021

                                                                         _____
                                                                         PATRICK J. SCHILTZ
                                                                          United States District Judge